UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDWARD PAUL ELLINGTON,<br><br>                    Petitioner,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | CASE NO. 22-cv-01135-DGE-SKV<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Court, having considered the Report and Recommendation ("R&R") of United States Magistrate Judge S. Kate Vaughan (Dkt. No. 7), and having reviewed the record in its entirety, hereby finds the R&R moot and refers the case back to Judge S. Kate Vaughan for review of the underlying issues in the complaint.

Dated this 31st day of October 2022.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1