UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD PAUL ELLINGTON,

        Petitioner,

v.

ISRAEL JACQUEZ,

        Respondent.

Case No. 2:22-cv-1135-DGE-SKV

ORDER OF DISMISSAL (DKT. NO. 15)

Having reviewed the Report and Recommendation (Dkt. No. 17) of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses thereto, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Defendant's motion to dismiss (Dkt. No. 15) is GRANTED. Petitioner's petition is DISMISSED without prejudice.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 15th day of March, 2023.

David G. Estudillo

ORDER OF DISMISSAL (DKT. NO. 15) - 1

United States District Judge

ORDER OF DISMISSAL (DKT. NO. 15) - 2